UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SANDRA LEIA BEENE                      CIVIL ACTION NO. 05-1057

versus                                 JUDGE STAGG
                                       **REFERRED TO:**
COMMISSIONER OF THE SOCIAL             **MAGISTRATE JUDGE HORNSBY**
SECURITY ADMINISTRATION

## J U D G M E N T

For the reasons assigned in the Memorandum Ruling issued this date,

**IT IS ORDERED** that the Commissioner's decision to deny benefits is **AFFIRMED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this 31st day of July, 2006.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE